# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON ALBERTO BELTRAN,<br><br>              Petitioners,<br><br>       v.<br><br>WARDEN OF THE DETENTION FACILITY, et al.,<br><br>              Respondents. | Case No. 1:26-cv-01766-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO THE PETITION |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 6, 2026, the Court ordered Respondents to file a response to the petition within fourteen days (*i.e.*, March 20, 2026). (ECF No. 6.) To date, no response has been filed.

The Court will grant a single *sua sponte* extension. Respondents are DIRECTED to file a response to the petition on or before March 27, 2026.

IT IS SO ORDERED.

Dated:   **March 23, 2026**          /s/ Erica P. Grosj_____
UNITED STATES MAGISTRATE JUDGE